DENIED, for the reasons set forth by the defendant in its opposition. See Doc. #25. It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT    11/25/2003

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WADE TIMMONS AND                      \*
INNOVATIVE DEVELOPMENT                \*
MANAGEMENT CORP.,                     \*
        *Plaintiffs*          \*

VS.                                   \* CIVIL NO. 3:02CV1570 (AWT)
                                      \*
                                      \*
CITY OF HARTFORD,                     \*
        *Defendant*           \* SEPTEMBER 26, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Local Rule 9(e), the plaintiffs in the above-captioned matter seek reconsideration of the Court's ruling dismissing the plaintiffs' breach of contract claim. For the reasons more fully set forth in the attached Memorandum of Law, the plaintiffs respectfully request the Court reconsider its ruling of September 16, 2003 dismissing the plaintiffs' breach of contract claim.

WHEREFORE, the plaintiffs respectfully pray that the Court's decision dismissing the Complaint be fully reconsidered and the relief of reinstatement of the plaintiffs' breach of contract claim be permitted forthwith.